**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LARAINE WOOD, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 21-cv-6404 |
| Plaintiff, | : : | |
| v. | : : | JURY DEMANDED |
| GOHEALTH, LLC, and DIGITAL AGENTS UNITED INC. | : : : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

PLAINTIFF,
By her attorneys,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich